CO-386
10/2018

# United States District Court
# For the District of Columbia

Merck & Co., Inc.

vs         Plaintiff

Becerra, et al.

Defendant

Civil Action No. __1:23-cv-01615__

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Merck & Co., Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Merck & Co., Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

__995090__
BAR IDENTIFICATION NO.

Attorney of Record

__/s/ Jacob ("Yaakov") M. Roth__
Signature

Jacob ("Yaakov") M. Roth
Print Name

__51 Louisiana Avenue N.W.__
Address

Washington, D.C. 20001
City         State         Zip Code

(202) 879-3939
Phone Number