AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Merck & Co., Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01615 |
| Becerra, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merck & Co., Inc.

Date: 06/06/2023

/s/ Jacob ("Yaakov") M. Roth
*Attorney's signature*

Jacob ("Yaakov") M. Roth, 995090
*Printed name and bar number*

Jones Day
51 Louisiana Avenue N.W.
Washington, DC 20001

*Address*

yroth@jonesday.com
*E-mail address*

(202) 879-7658
*Telephone number*

(202) 626-1700
*FAX number*