Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MERCK & CO., INC.

      Plaintiff

    vs.

XAVIER BECERRA, ET AL

      Defendant

Civil No.     23-1615    (CKK)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __6/20/2023__ from __Judge Randolph D. Moss__

to __Judge Colleen Kollar-Kotelly__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:    Judge Randolph D. Moss    & Courtroom Deputy
       Judge Colleen Kollar-Kotelly    & Courtroom Deputy
       Liaison, Calendar and Case Management Committee