IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    Plaintiff,<br> v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*<br><br>    Defendants. | Civ. No. 1:23-01615 (CKK) |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO SET BRIEFING SCHEDULE AND FOR OTHER RELIEF**

Good cause appearing, the Court hereby ORDERS:

1. Plaintiff shall file its motion for summary judgment and memorandum in support of that motion by July 11, 2023.

2. Defendants shall file a single memorandum in support of their cross-motion for summary judgment and opposing Plaintiff's motion by September 11, 2023.

3. Plaintiff shall file a combined reply in support of its motion and opposition to Defendants' cross-motion by October 19, 2023.

4. Defendants shall file a reply in support of their cross-motion by November 21, 2023.

5. The page limits applicable to all summary judgment briefs identified above, L. Civ. R. 47(e), shall be increased by 10 pages per brief.

6. The requirement to provide separate statements of material facts in conjunction with summary judgment briefing, L. Civ. R. 7(h)(1), shall not apply to the parties' cross-motions for summary judgment in this matter.

2

7. Defendants need not file an Answer to the Complaint. The parties will file cross-motions for summary judgment according to the schedule set forth above.

**SO ORDERED.**

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE