AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Merck & Co., Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01615 |
| Becerra, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merck & Co.,Inc.

Date: 07/10/2023

/s/ Megan Lacy Owen
*Attorney's signature*

Megan Lacy Owen, #1007688
*Printed name and bar number*

Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

*Address*

mlacyowen@jonesday.com
*E-mail address*

(202) 879-3404
*Telephone number*

(202) 626-1700
*FAX number*