AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Merck & Co., Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01615 |
| Becerra, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merck & Co., Inc.                                                                                                                    .

Date:   07/10/2023                                                   /s/ Brinton Lucas (Gerald Brinton Lucas)
                                                                                         *Attorney's signature*

                                                                            Brinton Lucas (Gerald Brinton Lucas), #1015185
                                                                                         *Printed name and bar number*

                                                                                                      Jones Day
                                                                                          51 Louisiana Avenue N.W.
                                                                                                 Washington, DC

                                                                                                      *Address*

                                                                                            blucas@jonesday.com
                                                                                                *E-mail address*

                                                                                                (202) 879-3686
                                                                                              *Telephone number*

                                                                                                (202) 626-1700
                                                                                                  *FAX number*