## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Merck & Co., Inc.

**Plaintiff**

Case No.: 1:23-cv-01615-RDM

*vs.*

Xavier Becerra, U.S. Secretary of Health & Human Services, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/08/2023 at 2:30 PM, I served U.S. Attorney's Office at 601 D Street, NW, Washington, DC 20001 with the Summons in a Civil Action and Complaint by serving Sharon Davenport, Legal Administrator, authorized to accept service.

Sharon Davenport is described herein as:

Gender: Female   Race/Skin: Black   Age: 30   Weight: 210   Height: 5'11"   Hair: Red   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

6/12/23
Executed On



_____
Justin Cohen

Client Ref Number: N/A
Job #: 1619353

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

MERCK & CO., INC.,

*Plaintiff(s)*

v.

XAVIER BECERRA, U.S. Secretary of Health & Human Services, et al.,

*Defendant(s)*

Civil Action No. 1:23-cv-01615

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. ATTORNEY'S OFFICE
601 D Street, NW
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacob ("Yaakov") M. Roth
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 06/08/2023

/s/ Jiselle Manohar

*Signature of Clerk or Deputy Clerk*