# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Merck & Co., Inc.

                    Plaintiff

Case No.: 1:23-cv-01615-RDM

vs.

Xavier Becerra, U.S. Secretary of Health & Human Services, et al.

                    Defendant(s)

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action and Complaint

SERVE TO: Centers for Medicare & Medicaid Services

SERVICE ADDRESS: 7500 Security Boulevard, Baltimore, Maryland 21224

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Centers for Medicare & Medicaid Services at 7500 Security Boulevard, Baltimore, Maryland 21224 on 06/08/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9528 9593. Service was signed for on 06/14/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

06/16/23
Executed On



Stephanie Maddox

Client Ref Number: N/A
Job #: 1619356

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the
District of Columbia

MERCK & CO., INC., )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-01615
)
XAVIER BECERRA, U.S. Secretary of Health & )
Human Services, et al., )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CENTERS FOR MEDICARE & MEDICAID SERVICES
7500 Security Boulevard
Baltimore, MD 21244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jacob ("Yaakov") M. Roth
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 6/6/2023 /s/ Ro'Shaila Williams

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Andre y      $ 6-14 |
| 1. Article Addressed to:<br><br>enters for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, Maryland 21244 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| [barcode]<br>9590 9402 7744 2152 1142 95 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 2410 0000 9528 9593 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |