IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>       Plaintiff,<br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*<br><br>       Defendants. | Civil Action No. 1:23-cv-01615 |

**DECLARATION OF JACOB ROTH IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Jacob M. Roth, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am an attorney at Jones Day and counsel for Plaintiff Merck & Co., Inc.  I am over the age of 18 and have personal knowledge of the facts set forth here.

2.     Attached as **Exhibit A** is a true and correct copy of a document issued on June 30, 2023, by the Centers for Medicare and Medicaid Services (CMS), entitled "Medicare Drug Price Negotiation Program: Revised Guidance, Implementation of Sections 1191 – 1198 of the Social Security Act for Initial Price Applicability Year 2026."  It was accessed via CMS's website on July 7, 2023, at https://www.cms.gov/inflation-reduction-act-and-medicare/medicare-drug-price-negotiation.

3.     Attached as **Exhibit B** is a true and correct copy of the template "Medicare Drug Price Negotiation Program Agreement," issued by CMS and accessed via CMS's website on July 7, 2023, at https://www.cms.gov/inflation-reduction-act-and-medicare/medicare-drug-price-negotiation.

4. Attached as **Exhibit C** is a true and correct copy of a memorandum issued on March 15, 2023, by CMS, entitled "Medicare Drug Price Negotiation Program: Initial Memorandum, Implementation of Sections 1191 – 1198 of the Social Security Act for Initial Price Applicability Year 2026, and Solicitation of Comments." It was accessed via CMS's website on July 7, 2023, at https://www.cms.gov/inflation-reduction-act-and-medicare/medicare-drug-price-negotiation.

5. Attached as **Exhibit D** is a true and correct copy of a study entitled *Drugs likely subject to Medicare negotiation, 2026–2028*. The study was published in March 2023 by the Journal of Managed Care and Specialty Pharmacy. It was accessed via the Journal's website on July 7, 2023, at https://www.jmcp.org/doi/10.18553/jmcp.2023.29.3.229?url_ver=Z39.88-2003&rfr_id=ori:rid:crossref.org&rfr_dat=cr_pub%20%200pubmed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2023

                                                         */s/ Jacob "Yaakov" M. Roth*
                                                         Jacob ("Yaakov") M. Roth