# EXHIBIT D

# Drugs likely subject to Medicare negotiation, 2026-2028

Sean Dickson, JD, MPH; Inmaculada Hernandez, PharmD, PhD

## Plain language summary

By 2028, Medicare will negotiate prices for 38 drugs dispensed in pharmacies and 2 drugs provided in physician offices. Medicare drug price negotiation will benefit patients with common diseases such as diabetes, cancer, respiratory conditions, or cardiovascular disease. Our list of drugs expected to be negotiated by Medicare shows patients, clinicians, and insurers which drugs will become more affordable for seniors in the next few years.

## Implications for managed care pharmacy

Our list informs health plans of the drugs that will likely see major reductions in price and subsequently cost sharing under Medicare and identifies other top-spend drugs that will be ineligible for negotiation. This information will guide Part D benefit design, formulary placement, and insurer negotiations with manufacturers for discounts.

## Author affiliations

West Health Policy Center, Washington, DC (Dickson); Division of Clinical Pharmacy, Skaggs School of Pharmacy and Pharmaceutical Sciences, University of California, San Diego, La Jolla (Hernandez).

AUTHOR CORRESPONDENCE: Inmaculada Hernandez, 1.858.822.6047; inhernandez@health.ucsd.edu

*J Manag Care Spec Pharm*. 2023;29(3):229-35

Copyright©2023, Academy of Managed Care Pharmacy. All rights reserved.

## ABSTRACT

**BACKGROUND:** After the passage of the Inflation Reduction Act, Medicare will be able to negotiate drug prices starting in 2026. The Congressional Budget Office has estimated the total savings achieved each year for negotiation but has not publicly identified the drugs anticipated to be negotiated each year.

**OBJECTIVE:** To identify the drugs expected to be negotiated by Medicare in 2026-2028.

**METHODS:** We identify drugs expected to be negotiated by the Centers for Medicare & Medicaid Services in 2026-2028 based on the statutory criteria, Part B and Part D gross spending in 2020, and estimates of when a drug will be subject to generic or biosimilar competition. We also identify the reasons why other high-spend drugs will be ineligible for negotiation.

**RESULTS:** In 2026-2028, we estimate that Medicare will negotiate prices for 38 Medicare Part D drugs and 2 Part B drugs. Combined, the 40 products eligible for negotiation in 2026-2028 accounted for $67.4 billion in gross Medicare spending in 2020. Part D drugs eligible for negotiation in 2026-2028 include 7 inhalers, 8 antidiabetics, 5 kinase inhibitors, and 3 oral anticoagulants. In all but 5 cases, high-spend drugs ineligible for negotiation were disqualified because of generic or biosimilar competition.

**CONCLUSIONS:** Medicare drug price negotiation has the potential to benefit Medicare beneficiaries across some of the most common disease states. By generating the list of drugs likely subject to Medicare negotiation in the initial years, we hope to provider researchers, policymakers, prescribers, and patient advocates with expectations on which drugs are expected to see reductions in beneficiary cost sharing.

Nearly 20 years after the creation of the Medicare Part D program, the Centers for Medicare & Medicaid Services (CMS) will be able to negotiate drug prices directly with manufacturers following the passage of the Inflation Reduction Act of 2022.[1] Under this new authority, CMS will apply negotiated maximum fair prices for selected small-molecule drugs that have been on the market for at least 9 years and for biologic therapies marketed for more than 13 years, although the negotiations begin 2 years before they are applied, making the age threshold 7 and 11 years, respectively. Drugs are only eligible if there is no marketed generic or biosimilar

therapy, excluding authorized generics or authorized biosimilars. Drugs approved under an orphan drug application and that only have orphan indications for a single disease or condition will be ineligible for negotiation. Orphan drugs with indications for multiple diseases will, however, remain eligible for negotiation. CMS will negotiate prices on the highest gross spend 10 Part D drugs for implementation in 2026, 15 Part D drugs for 2027, and 15 drugs from across the Medicare Part B and D programs for 2028 (Medicare Part B covers provider-administered drugs, whereas Part D covers retail prescription drugs). From 2029 onward, 20 drugs from across the 2 Parts will be negotiated. In calculating gross spend, CMS includes dispensing fees for Part D drugs and add-on and bundled payments for Part B drugs.

Negotiated prices will remain in effect until the drug becomes ineligible because of generic or biosimilar competition, and the negotiated price will be capped at a certain discount based on the drug's age. Drugs marketed for 9-12 years will be subject to a minimum discount of 25%; drugs marketed 12-16 years face a minimum discount of 35%; and drugs marketed for more than 16 years must discount prices by at least 60%; however, prior to 2030, drugs marketed 12-16 years will only be subject to the 25% minimum discount. Drugs will become ineligible for negotiation when a generic or biosimilar version has been approved and marketed for at least 9 months prior to January 1 of the year in which negotiated prices would apply. The definition of generic or biosimilar marketing status relies on the determination of the US Food and Drug Administration (FDA).[2]

Two years prior to the implementation of negotiated prices, CMS will begin negotiation on the top eligible drugs based on age and generic/biosimilar availability by gross spend, although negotiation for 2026 will begin in 2023 under a timeline provided by CMS.[3] The Congressional Budget Office (CBO) has estimated the total savings achieved each year for negotiation (in 2026, $3.7 billion; 2027, $8.3 billion; 2028, $17.5 billion)[4] but has not publicly identified the drugs anticipated to be negotiated each year. To aid policymakers and practitioners, we leverage public data to project which specific drugs will likely be subject to negotiation from 2026-2028.

## Methods

We identify drugs expected to be negotiated by CMS for benefit years 2026-2028 based on drug age, drug or biologic status, orphan drug status, Part B and Part D gross spending in 2020,[5,6] and estimates of when a drug will be subject to generic or biosimilar competition (loss of exclusivity [LOE]). Drug age, drug or biologic status, and orphan drug status were ascertained from the FDA website.[7] Part B and Part D gross spending in 2020 was obtained from the CMS spending dashboards, which report gross spending per product (inclusive of manufacturer discounts).[4,5] For drug products, we estimated LOE based on the latest expiration date of any drug substance or drug product patent listed in the Orange Book;[8] this was superseded by any publicly disclosed patent settlement date, for which we performed an online search for each product and generic or biosimilar competitors, as appropriate, and reviewed the most recent annual securities filings from each manufacturer. For biologics, we use estimated LOE from an expert report.[9] Notably, for a drug to be ineligible for negotiation because of competition, the generic or biosimilar must have been marketed at least 9 months prior to the year of implementation of negotiated prices. In other words, a reference drug with generic entry in June 2026 would remain eligible for negotiation until 2028.

In addition to our projections of drugs subject to negotiation, we report public information on the minimum discount percentage required by statute based on the drug's years on the market, Medicare gross spending on the drug in 2020 obtained from the dashboards,[5,10] and the CBO's estimated annual savings from negotiation.[4] Finally, we report all high-spend drugs that we excluded from the list of likely negotiated drugs and the reasons for exclusion.

Additional information: The study was not registered.

## Results

For 2026, the top drugs projected for negotiation include anticoagulants Eliquis (apixaban) and Xarelto (rivaroxaban), oral antidiabetics Januvia (sitagliptin) and Jardiance (empagliflozin), the tumor necrosis factor inhibitor Enbrel (etanercept), and the inhalers Symbicort (budenoside/formoterol) and Breo Ellipta (fluticasone/vilanterol) (Table 1). Three cancer therapies are projected to be eligible for negotiation in 2026 as well, including the kinase inhibitors Imbruvica (ibrutinib) and Ibrance (palbociclib) and the antiandrogen Xtandi (enzalutamide). In 2020, these 10 products accounted for $33.7 billion (17%) of Part D gross spending.

Based on their rank by gross spending, drugs likely to be negotiated for 2027 include 4 inhalers, 3 antidiabetics, 2 kinase inhibitors, the antipsychotic Invega Sustenna (paliperidone), the hepatitis C treatment Epclusa (sofosbuvir/velpatasvir), the irritable bowel syndrome therapy Linzess (linaclotide), the pancreatic enzyme mix Creon, the antibiotic Xifaxan (rixafimin), and the tardive dyskinesia therapy Ingrezza (valbenazine). The 15 products projected to be negotiated for 2027 accounted for $16.4 billion (8.3%) in gross Part D spending in 2020.

| TABLE 1 | | Drugs Anticipated to Face Medicare Price Negotiation, 2026-2028 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rank/part | | Brand name | Generic name | Manufacturer | Spending in 2020[a], $ | Years since approval[b] | Expected loss of exclusivity[c] (by year) | Minimum discount[d], % | CBO-estimated annual savings[e], $ |
| Subject to negotiation in 2026 | | | | | | | | | |
| 1 | D | Eliquis | Apixaban | BMS/Pfizer | 9,936,069,814 | 13.0 | 2028 | 25 | 3.7 billion |
| 2 | D | Xarelto | Rivaroxaban | Janssen Pharm. | 4,701,314,805 | 14.5 | 2027 | 25 | |
| 3 | D | Januvia[f] | Sitagliptin phosphate | Merck Sharp & D | 3,865,087,773 | 19.2 | 2026 | 60 | |
| 4 | D | Imbruvica | Ibrutinib | Pharmacyclics | 2,962,909,304 | 12.1 | 2033 | 25 | |
| 5 | D | Jardiance | Empagliflozin | Boehringer Ing. | 2,376,166,292 | 11.4 | 2028 | 25 | |
| 6 | D | Enbrel | Etanercept | Amgen | 2,154,714,778 | 27.2 | 2029 | 60 | |
| 7 | D | Symbicort | Budesonide/formoterol | Astrazeneca | 2,135,408,250 | 19.5 | 2028 | 60 | |
| 8 | D | Ibrance | Palbociclib | Pfizer US Pharm | 2,108,937,188 | 10.9 | 2034 | 25 | |
| 9 | D | Xtandi | Enzalutamide | Astellas Pharma | 1,968,567,948 | 13.4 | 2027 | 25 | |
| 10 | D | Breo Ellipta | Fluticasone/vilanterol | Glaxosmithkline | 1,504,155,910 | 12.7 | 2030 | 25 | |
| Total 2026 drugs | | | | | 33,713,332,062 | | | | |
| Subject to negotiation in 2027 | | | | | | | | | |
| 1 | D | Trelegy Ellipta | Fluticasone/umeclidinium/vilanterol | Glaxosmithkline | 1,487,802,308 | 9.3 | 2027 | 25 | 8.3 billion (2027 savings from drugs negotiated in 2026-2027) |
| 2 | D | Ozempic | Semaglutide | Novo Nordisk | 1,455,812,267 | 9.1 | 2031 | 25 | |
| 3 | D | Invega Sustenna | Paliperidone palmitate | Janssen Pharm. | 1,372,610,289 | 17.4 | 2031 | 60 | |
| 4 | D | Jakafi | Ruxolitinib | Incyte Corporat | 1,296,674,522 | 15.1 | 2028 | 25 | |
| 5 | D | Tradjenta | Linagliptin | Boehringer Ing. | 1,288,663,293 | 15.7 | 2027 | 25 | |
| 6 | D | Ofev | Nintedanib esylate | Boehringer Ing. | 1,157,563,828 | 12.2 | 2029 | 25 | |
| 7 | D | Spiriva[g] | Tiotropium bromide | Boehringer Ing. | 1,153,453,863 | 22.9 | 2030 | 60 | |
| 8 | D | Linzess | Linaclotide | Allergan Inc. | 1,144,468,128 | 14.4 | 2033 | 25 | |
| 9 | D | Anoro Ellipta | Umeclidinium/vilanterol | Glaxosmithkline | 1,002,343,776 | 13.1 | 2030 | 25 | |
| 10 | D | Creon | Lipase/protease/amylase | Abbvie US LLC | 960,235,542 | 17.8 | 2031 | 60 | |
| 11 | D | Epclusa | Sofosbuvir/velpatasvir | Gilead Sciences | 867,053,907 | 10.5 | 2034 | 25 | |
| 12 | D | Xifaxan | Rifaximin | Salix Pharmaceu | 844,562,189 | 22.6 | 2027 | 60 | |
| 13 | D | Spiriva Respimat[g] | Tiotropium bromide | Boehringer Ing. | 804,565,194 | 12.3 | 2030 | 25 | |
| 14 | D | Ingrezza | Valbenazine tosylate | Neurocrine Bios | 792,681,813 | 9.7 | 2038 | 25 | |
| 15 | D | Janumet | Sitagliptin phos/metformin hcl | Merck Sharp & D | 791,886,114 | 19.7 | 2026 | 60 | |
| Total 2027 drugs | | | | | 16,420,377,033 | | | | |

continued on next page

For 2028, Part B drugs will become eligible for negotiation. However, only 2 Part B products are projected to be subject to negotiation (Keytruda [pembrolizumab] and Opdivo [nivolumab]), as most high-spend Part B drugs will face biosimilar competition by then (Table 2). Given the 2 Part B products, 13 Part D products are projected to be subject to price negotiation for 2028, including 3 antidiabetics and 4 HIV treatments. The 15 products projected to be negotiated for 2028 accounted for $17.2 billion (8.7%) in gross Medicare spending in 2020. Combined, the 40

**TABLE 1**  Drugs Anticipated to Face Medicare Price Negotiation, 2026-2028 (continued)

| Rank/part | | Brand name | Generic name | Manufacturer | Spending in 2020[a], $ | Years since approval[b] | Expected loss of exclusivity[c] (by year) | Minimum discount[d], % | CBO-estimated annual savings[e], $ |
|---|---|---|---|---|---|---|---|---|---|
| Subject to negotiation in 2028 | | | | | | | | | |
| 1 | B | Keytruda | Pembrolizumab | Merck Sharp & D | 3,500,947,569 | 13.3 | 2028 | 25 | 17.5 billion (2028 savings from drugs negotiated in 2026-2028) |
| 2 | D | Trulicity[h] | Dulaglutide | Eli Lilly & Co. | 3,284,873,062 | 13.3 | 2027 | 25 | |
| 3 | B | Opdivo | Nivolumab | BMS | 1,586,591,103 | 13.0 | 2028 | 25 | |
| 4 | D | Biktarvy | Bictegravir/emtricitabine/tenofovir | Gilead Sciences | 1,775,846,507 | 9.9 | 2036 | 25 | |
| 5 | D | Genvoya | Elvitegravir/cobicistat/emtricitabine/tenofovir | Gilead Sciences | 755,819,244 | 12.2 | 2032 | 25 | |
| 6 | D | Triumeq | Abacavir/dolutegravir/lamivudine | Viiv Healthcare | 738,986,222 | 13.4 | 2029 | 25 | |
| 7 | D | Farxiga | Dapagliflozin | Astrazeneca | 736,787,564 | 14.0 | 2030 | 25 | |
| 8 | D | Tivicay | Dolutegravir | Viiv Healthcare | 656,037,862 | 14.4 | 2029 | 25 | |
| 9 | D | Lumigan[h] | Bimatoprost | Allergan Inc. | 633,540,096 | 17.4 | 2027 | 60 | |
| 10 | D | Acthar | Corticotropin | Mallinckrodt Ph | 621,884,161 | 77.6 | NA | 60 | |
| 11 | D | Incruse Ellipta | Umeclidinium | Glaxosmithkline | 605,138,195 | 13.7 | 2030 | 25 | |
| 12 | D | Pradaxa[h] | Dabigatran | Boehringer Ing. | 599,577,175 | 17.2 | 2027 | 60 | |
| 13 | D | Brilinta | Ticagrelor | Astrazeneca | 588,513,924 | 16.5 | 2030 | 60 | |
| 14 | D | Xeljanz XR | Tofacitinib citrate | Pfizer | 575,315,148 | 11.9 | 2034 | 25 | |
| 15 | D | Invokana | Canagliflozin | Janssen Pharm. | 571,448,119 | 14.8 | 2031 | 25 | |
| **Total 2028 drugs** | | | | | 17,231,305,951 | | | | |
| **Total 2026-2028 drugs** | | | | | 67,365,015,046 | | | | **29.5 billion** |

[a]Estimates represent gross Part D spending in 2020 for Part D drugs and gross Part B spending in 2020 for Part B drugs. Spending estimates were obtained from the Medicare spending dashboards.
[b]Calculated as the time between drug approval and January 1 of the year that the drug is first expected to be subject to negotiation.
[c]Expected loss of exclusivity was estimated as the latest reported drug substance or drug product patent expiry date, superseded by any publicly announced patent settlement date.[17-19]
[d]Beginning in 2030, drugs from 12 to 15 years of age will be subject to a minimum 35% discount.
[e]Annual savings include ongoing savings from negotiated prices achieved in prior years.
[f]Although the entry of generic sitagliptin is expected in mid-2026, this will not disqualify Januvia from negotiation in 2026, as a generic product must have been marketed for at least 9 months prior to the implementation year for the reference product to be ineligible for negotiation.
[g]Spiriva and Spiriva Respimat were considered different products as they have different application numbers.
[h]Patent protection anticipated to expire after the first quarter of 2027, so any approved generics or biosimilars would not meet the 9-month marketing requirement prior to 2028.
BMS = Bristol Myers Squibb; CBO = Congressional Budget Office; NA = not applicable.

products projected to be eligible for negotiation for 2026-2028 accounted for $67.4 billion in gross Medicare spending in 2020, equivalent to 33.9%) of 2020 Part D spending or 28.4% of combined Part B and D drug spending.

We expect that 2028 will be the first year when a negotiated drug becomes ineligible for negotiated prices for the first time because generic competition, as Januvia and Janumet are expected to have generic competition launch in mid-2026. This launch timeline would not result in 9 months of a marketed generic prior to the start of 2027; therefore, we anticipate negotiated prices to remain in effect through the end of 2027.

In Table 2, we report high-spend products ineligible for negotiation because of statutory requirements. In all but 7 cases, drugs were disqualified because of generic or biosimilar competition. Products disqualified from negotiation

### TABLE 2  Top-Spending Drugs Ineligible for Medicare Price Negotiation, 2026-2028

| Brand name | Generic name | Manufacturer | Spending in 2020[a], $ | Reason ineligible |
|---|---|---|---|---|
| **Part D drugs** | | | | |
| Revlimid | Lenalidomide | Celgene/BMS | 5,356,050,275 | Generic available |
| Humira | Adalimumab | Abbvie US LLC | 4,166,710,387 | Anticipated biosimilar in 2023 |
| Lantus | Insulin glargine | Sanofi-Aventis | 3,719,082,839 | Biosimilar available |
| Novolog | Insulin aspart | Novo Nordisk | 2,972,656,706 | Interchangeable biosimilar anticipated by 2026 |
| Humalog | Insulin lispro | Eli Lilly & Co. | 2,064,366,203 | Interchangeable biosimilar anticipated by 2026 |
| Levemir Flextouch | Insulin detemir | Novo Nordisk | 1,991,698,847 | Interchangeable biosimilar anticipated by 2026 |
| Victoza | Liraglutide | Novo Nordisk | 1,895,291,574 | Generic anticipated in 2023 |
| Pomalyst | Pomalidomide | Celgene/BMS | 1,453,860,767 | Generic anticipated in 2026, and based on spending, it would not qualify until 2027 |
| Restasis | Cyclosporine | Allergan Inc. | 1,451,534,384 | Generic available |
| Latuda | Lurasidone | Sunovion Pharma | 1,317,919,887 | Generic anticipated in 2023 |
| Entresto | Sacubitril/valsartan | Novartis | 1,203,043,540 | Generic anticipated by 2025 |
| Advair Diskus | Fluticasone/salmeterol | Glaxosmithkline | 1,160,474,903 | Generic available |
| Stelara | Ustekinumab | Janssen Biotech | 1,106,356,248 | Biosimilar anticipated in 2024 |
| Tecfidera | Dimethyl fumarate | Biogen-Idec | 1,054,984,601 | Generic available |
| Shingrix | Varicella-zoster | Glaxosmithkline | 875,670,149 | Ineligible based on years since approval |
| Janumet | Sitagliptin/metformin | Merck Sharp & D | 791,886,114 | Generic anticipated in 2026, and based on spending, it would not qualify until 2027 |
| Aubagio | Teriflunomide | Sanofi-Aventis | 778,201,329 | Generic anticipated in 2023 |
| Vascepa | Icosapent ethyl | Amarin Pharma | 754,811,701 | Generic available |
| Copaxone | Glatiramer acetate | Teva Neuroscien | 713,588,637 | Generic available |
| Vimpat | Lacosamide | UCB Pharma | 709,365,915 | Generic available |
| Basaglar | Insulin glargine | Eli Lilly & Co. | 689,339,162 | Ineligible based on years since approval |
| Dexilant | Dexlansoprazole | Takeda | 651,674,922 | Generic available |
| **Part B drugs** | | | | |
| Eylea | Aflibercept | Regeneron | 3,013,081,886 | Biosimilar anticipated in 2024 |
| Prolia | Denosumab | Amgen | 1,626,844,123 | Biosimilar anticipated in 2025 |
| Rituxan | Rituximab | Roche | 1,295,821,133 | Biosimilar available |
| Lucentis | Ranibizumab | Genentech | 1,113,026,180 | Biosimilar available |
| Orencia | Abatacept | BMS | 1,023,001,524 | Biosimilar anticipated in 2026 |
| Neulasta | Pegfilgrastim | Amgen | 899,790,555 | Biosimilar available |
| Darzalex | Daratumumab | Johnson & Johnson | 837,400,702 | Not eligible until 2029 because of years since approval |
| Avastin | Bevacizumab | Genentech | 680,539,026 | Biosimilar available |
| Remicade | Infliximab | Janssen | 663,412,142 | Biosimilar available |
| Tecentriq | Atezolizumab | Genentech | 624,194,084 | Not eligible until 2030 because of years since approval |
| Ocrevus | Ocrelizumab | Genentech | 618,708,736 | Not eligible until 2031 because of years since approval |
| Soliris | Eculizumab | Alexion | 610,425,468 | Biosimilar anticipated in 2025 |

[a]Estimates represent gross Part D spending in 2020 for Part D drugs and gross Part B spending in 2020 for Part B drugs. Spending estimates were obtained from the Medicare spending dashboards.[5,10]
BMS = Bristol Myers Squibb.

include insulin products, which are expected to face competition from biosimilars by 2026, and the blockbuster Humira (adalimumab), which is expected to face biosimilar competition in 2023.

## Discussion

To our knowledge, our article is the first public report of the drugs anticipated to be negotiated by CMS for benefit years 2026-2028. Our estimates differ from an earlier list of negotiation-eligible drugs for 2026 that did not consider LOE after 2022, as acknowledged by the authors.[11] With the exception of 2 insulin products, which we believe will face biosimilar competition by 2026, our list is consistent with a previous report of expected drugs to be negotiated in 2026 that did account for LOE.[12] We have excluded NovoLog (insulin aspart) from the list of drugs eligible for negotiation as patents have expired and the FDA is currently reviewing a biosimilar application.[13] We have considered Levemir (insulin detemir) ineligible for negotiation because the manufacturer reports that US patents expired in June 2019,[14] thus meeting our study exclusion criteria even though no biosimilar is yet available. Additionally, although the generic formulation of Revlimid (lenalidomide) is currently subject to volume limitations until January 2026,[15] this generic is considered "marketed" under FDA criteria, thereby excluding Revlimid from negotiation eligibility.

Some Medicare patients will benefit substantially from negotiations on these drugs, as a reduction in the drug's price will result in lower coinsurance and liability during the deductible phase. Overall, negotiations are projected by the CBO to reduce premiums, resulting in lower costs for all Medicare beneficiaries.[4,16] Notably, the minimum price reductions listed almost certainly underrepresent the price reductions that will be achieved for the Part D drugs, as the negotiated price is required to be below the existing average net price of the drug, which includes confidential rebates. Thus, Medicare patients may see their cost sharing fall by amounts greater than reflected by the minimum price reductions reported, as their cost sharing will reflect, at minimum, existing net prices.

Overall, Medicare negotiation will benefit patients on the specific medications identified across some of the most common disease areas while reducing total Medicare drug spending. The Inflation Reduction Act coupled CMS negotiation with substantial reforms to the Medicare Part D benefit design, most notably a $2,000 out-of-pocket cap. Absent CMS negotiation, these benefit changes are estimated to increase Medicare spending by $30 billion, but the savings generated through CMS negotiation offset these increases.[4]

## LIMITATIONS

Our findings are subject to 2 main limitations. First, our selection of top-spending drugs is based on data from 2020, the most recent available at the time of analysis. Changes in drug utilization and pricing over time may affect which drugs are ultimately selected for negotiation based on total spending in the year prior to negotiation. Second, our list of drugs eligible for negotiation is subject to the uncertain outcomes of ongoing patent litigation, which could affect the date of predicted generic or biosimilar entry.

## Conclusions

We estimate that Medicare will negotiate 38 Part D and 2 Part B drugs in 2026-2028, including 7 inhalers, 8 antidiabetics, 5 kinase inhibitors, and 3 oral anticoagulants. Combined, the 40 products eligible for negotiation in 2026-2028 accounted for $67.4 billion in gross Medicare spending in 2020. By identifying a list of drugs likely to be negotiated by CMS, we hope to provide researchers, policymakers, prescribers, and patient advocates with expectations on which drugs will see reductions in beneficiary cost sharing.

### DISCLOSURES

This work was funded by the West Health Policy Center. Dr Hernandez reports consulting fees from Pfizer and Bristol Myers Squibb, outside of the submitted work.

### REFERENCES

1. Inflation Reduction Act of 2022. HR 5376, 117th Cong (2022). Accessed January 19, 2023. https://www.congress.gov/bill/117th-congress/house-bill/5376/text

2. Center for Drug Evaluation and Research. Marketing status notifications under section 506I of the Federal Food, Drug, and Cosmetic Act. US Food and Drug Administration. Accessed January 24, 2023. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/marketing-status-notifications-under-section-506i-federal-food-drug-and-cosmetic-act

3. Centers for Medicare & Medicaid Services. Medicare Drug Price Negotiation Program: Next steps in implementation for initial price applicability year 2026. Published January 11, 2023. Accessed January 19, 2023. https://www.cms.gov/files/document/medicare-drug-price-negotiation-program-next-steps-implementation-2026.pdf

4. Congressional Budget Office. Estimated budgetary effects of Public Law 117-169, to provide for reconciliation pursuant to Title II of S. Con. Res. 14. Published 2022. Accessed September 29, 2022. https://www.cbo.gov/system/files/2022-09/PL117-169_9-7-22.pdf

5. Medicare Part D spending dashboard. Centers for Medicare & Medicaid Services. Accessed September 29, 2022. https://data.cms.gov/summary-statistics-on-use-and-payments/medicare-medicaid-spending-by-drug/medicare-part-d-spending-by-drug

6. Medicare Part B spending dashboard. Centers for Medicare & Medicaid Services. Accessed January 19, 2023. https://data.cms.gov/summary-statistics-on-use-and-payments/medicare-medicaid-spending-by-drug/medicare-part-b-spending-by-drug

7. Drugs@FDA database. US Food and Drug Administration. Accessed January 19, 2023. https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm

8. Center for Drug Evaluation and Research. Approved drug products with therapeutic equivalence evaluations|Orange Book. US Food and Drug Administration. Accessed September 14, 2022. https://www.fda.gov/drugs/drug-approvals-and-databases/approved-drug-products-therapeutic-equivalence-evaluations-orange-book

9. Cardinal Health. 2022 Biosimilars Report: The US journey and path ahead. Accessed September 9, 2022. https://www.cardinalhealth.com/content/dam/corp/web/documents/Report/cardinal-health-2022-biosimilars-report.pdf

10. Medicaid spending dashboard. Centers for Medicare & Medicaid Services. Accessed January 19, 2023. https://data.cms.gov/summary-statistics-on-use-and-payments/medicare-medicaid-spending-by-drug/medicaid-spending-by-drug

11. Hwang TJ, Kesselheim AS, Rome BN. New reforms to prescription drug pricing in the US: Opportunities and challenges. JAMA. 2022;328(11):1041-2. doi:10.1001/jama.2022.15268

12. Johnson M, Nayak R, Kishore S. Which drug prices will Medicare negotiate first? A physicians' perspective. *Health Affairs Forefront*. September 30, 2022. doi:10.1377/forefront.20220929.242021

13. Hagen T. Investigators report high similarity between NovoLog and biosimilar candidate. Managed Healthcare Executive. Published October 20, 2022. Accessed January 24, 2023. https://www.managedhealthcareexecutive.com/view/investigators-report-high-similarity-between-novolog-and-biosimilar-candidate

14. Novo Nordisk. Annual Report to the US Securities and Exchange Commission: Form 20-F. Accessed January 19, 2023. https://www.novonordisk.com/content/dam/nncorp/global/en/investors/irmaterial/annual_report/2020/Novo-Nordisk-Form-20-f-2019.pdf

15. Celgene settles US REVLIMID® patent litigation with Alvogen. Celegene. Accessed January 24, 2023. https://ir.celgene.com/press-releases-archive/press-release-details/2019/Celgene-Settles-US-REVLIMID-Patent-Litigation-with-Alvogen/default.aspx

16. CBO estimates drug savings for reconciliation. Committee for a responsible federal budget. Accessed January 25, 2023. https://www.crfb.org/blogs/cbo-estimates-drug-savings-reconciliation

17. US Securities and Exchange Commission. Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31,2021. Form 10-K. Bristol-Myers Squibb Company. Accessed September 29, 2022. https://d18rn0p25nwr6d.cloudfront.net/CIK-0000014272/f4a6942f-7e0d-4d3e-9ef4-b3b0a9d617d7.pdf

18. US District Court rules in favor of Merck in sitagliptin phosphate patent lawsuit. Merck. Published September 22, 2022. Accessed September 29, 2022. https://www.merck.com/news/u-s-district-court-rules-in-favor-of-merck-in-sitagliptin-phosphate-patent-lawsuit/

19. De Backer M, Rommel C, Olerich S. Transforming pharma to deliver sustainable longterm growth. Bayer Capital Markets Day. Published March 10, 2021. Accessed September 29, 2022. https://www.bayer.com/sites/default/files/BayerCMD2021_Pharma_Presentation_0.pdf