# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MERCK & CO., INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services; *et al.*,<br><br>        Defendants. | Civ. No. 1:23-1615 (CKK) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, the briefing in support of and in opposition to that Motion, and the entire record in this case, the Court concludes that there are no issues of material fact and that Plaintiff is entitled to judgment as a matter of law. Accordingly, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is granted.

The Court DECLARES that the "Drug Price Negotiation Program," 42 U.S.C. § 1320f *et seq.*, effects takings of private property without just compensation in violation of the Fifth Amendment; and unlawfully compels speech in violation of the First Amendment.

It is further ORDERED that Defendants are permanently enjoined from enforcing against Plaintiff any obligation to enter "agreements" under 42 U.S.C. § 1320f-2 or § 1320f-3, or the terms of any "agreements" entered thereunder.

This is a final, appealable order.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE