UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>XAVIER BECERRA, U.S. Secretary of Health and Human Services, *et al.*,<br><br>        Defendants. | Civil Action No. 1:23-cv-01615-CKK |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION

    Defendants oppose Plaintiff's motion for summary judgment and cross-move for summary judgment on all claims pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support, Defendants rely on the attached statement of undisputed material facts and memorandum of law.

Dated: September 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
CHRISTINE L. COOGLE
 Trial Attorneys
STEPHEN M. PEZZI
 Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8550
Email: alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*