UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA, U.S. Secretary of Health and Human Services, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-01615-CKK |

**[PROPOSED] ORDER**

Upon consideration of Defendants' opposition to Plaintiff's motion for summary judgment, Defendants' cross-motion for summary judgment, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that Defendants' cross-motion for summary judgment is **GRANTED**.

**SO ORDERED.**

Date: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　United States District Judge