UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, et al.,<br><br>    Defendants. | Civil Action No. 23-cv-1615-CKK |

### MOTION OF PUBLIC CITIZEN, PATIENTS FOR AFFORDABLE DRUGS NOW, DOCTORS FOR AMERICA, PROTECT OUR CARE, AND FAMILIES USA FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA respectfully move for leave to file a brief as amici curiae in support of the Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion (ECF No. 24). An amicus curiae that is not a government officer or entity may file a brief "upon leave of Court, which may be granted after the submission of a motion for leave to file or upon the Court's own initiative." Local Civ. R. 7(o)(1). Plaintiff and Defendants consent to the filing of this amicus brief.

### BACKGROUND

Enacted in August 2022, the Inflation Reduction Act (IRA) contains several reforms designed to lower the high cost of prescription drugs and make them more accessible to patients, including seniors enrolled in Medicare. *See* Pub. L. No. 117-169, § 11001-11003 (codified at 42 U.S.C. §§ 1320f–1320f-7 and 26 U.S.C. § 5000D).

1

One such reform is the IRA's drug price negotiation program, which provides a pathway to lower the prices for a particular set of high-cost drugs—so-called single-source drugs, for which no generic equivalent is currently on the market. The program relies on a process in which the Department of Health and Human Services (HHS), which is responsible for implementing Medicare, and the manufacturer of selected drugs negotiate the prices at which drugs will be made available to Medicare providers and drug plans.

Plaintiff Merck filed this lawsuit on June 6, 2023. Among other things, Merck seeks a declaratory judgment that the IRA price-negotiation program is unconstitutional under the Takings Clause. *See* Compl. ¶¶ 87–95, ECF No. 1. Merck moved for summary judgment on July 11, 2023, ECF No. 23, and Defendants opposed Plaintiff's motion and cross-moved for summary judgment on September 11, 2023, ECF No. 24.

## ARGUMENT

**A.** Movants are five non-profit organizations with expertise in public health and with longstanding interests in patients' access to health care, including affordable medicines. Movants share an interest in the promotion and implementation of policies that make access to medications more accessible to the patients who need them, thereby improving health outcomes, saving lives, and protecting the financial health of individuals and families. Movants believe that the Inflation Reduction Act's drug price negotiation program is an important step toward reining in the high cost of prescription drugs for patients enrolled in Medicare, and

they are concerned that Merck's arguments, if accepted by this Court, would result in substantial harm to the health and finances of seniors and other Medicare patients.

Public Citizen is a non-profit consumer advocacy organization with members and supporters in all 50 states. Public Citizen advocates before Congress, administrative agencies, and courts on a wide range of issues, including ensuring that patients' and consumers' interests are protected in the resolution of the many legal and regulatory issues posed by prescription drugs and medical devices. A central concern of Public Citizen is protecting and expanding access to affordable medicines for consumers, both domestically and globally. As part of its longstanding commitment to protecting access to medications, Public Citizen has advocated for enforcement of the antitrust laws against brand-name drug manufacturers that seek to exclude generic competition. And through its Access to Medicines program, Public Citizen works with partners worldwide to improve health outcomes and save lives by advancing policies to lower pharmaceutical prices. Public Citizen has provided technical assistance concerning patent rules and access to medicines to dozens of governments as well as to international organizations.

Patients For Affordable Drugs Now (P4ADNow) is the only national patient advocacy organization focused exclusively on lowering prescription drug prices. P4ADNow is bipartisan, independent, and does not accept funding from any organizations that profit from the development or distribution of prescription drugs. Since its founding, P4ADNow has advocated to empower Medicare to negotiate prices directly with pharmaceutical companies for a better deal for both patients and

3

taxpayers in the United States. P4ADNow is pleased to sign an amicus memorandum to protect the Inflation Reduction Act's drug price negotiation program—an historic measure which will strengthen the health, well-being, and financial security of individuals and families across the country.

Doctors for America mobilizes doctors and medical students to be leaders in putting patients over politics on the pressing issues of the day to improve the health of its patients, communities, and nation. Doctors for America is one of the only non-partisan, non-profit, non-trade organizations of medical professionals working on patients' behalf. It is continuously working to improve access to equitable, affordable, high-quality health care for patients across the country. For this reason, Doctors for America has a longstanding history of working to improve drug affordability by advocating for legislative, regulatory, and judicial changes to ensure patients can access their life sustaining treatments.

Protect Our Care, a fiscally sponsored project of the New Venture Fund, is dedicated to making high-quality, affordable, and equitable health care a right, and not a privilege, for everyone in America. Protect Our Care educates the public, influences policy, supports health care champions, and holds lawmakers accountable. Protect Our Care supported the development and enactment of the Inflation Reduction Act's provisions to make prescription drugs more affordable, including the Medicare drug price negotiation program. Protect Our Care is committed to the successful implementation of the law, including by defeating legal attacks, to ensure seniors and taxpayers benefit from more affordable prescription drugs.

Families USA is a non-partisan voice for health care consumers and is dedicated to achieving high-quality, affordable health care and improved health for all. On behalf of health care consumers, working people, and patients, Families USA has advocated for decades for legislation and rulemaking that improves the accessibility and affordability of prescription drugs. Since the creation of Medicare Part D, Families USA has believed that ensuring drug affordability should be a key part of the program and has urged policymakers to explore the root causes of high and irrational drug prices and to tackle the complex network of abusive practices that underpin the American pharmaceutical market.

**B.** The information and arguments set out in the proposed amicus brief by organizations focused on the public interest and with expertise on this topic are desirable and will be useful to this Court in resolving the pending summary judgment motions. The proposed brief explains that Congress's prior efforts to improve Medicare enrollees' access to provider-administered medications and prescription drugs have not been sufficient to prevent significant increases in the drug prices that have left many enrollees unable to afford their out-of-pocket payments. As the proposed amicus brief explains, many Medicare enrollees consequently forgo medications that they cannot afford or sacrifice other essential needs in order to pay for their medications. The IRA price-negotiation program addresses affordability by providing a means for negotiating lower drug prices and thereby improving seniors' access to Medicare-covered drugs.

In addition, the proposed amicus brief explains that a core premise of Merck's takings theory is wrong. Merck's Takings Clause claim is based on the notion that the IRA program allows Medicare plans to buy prescription drugs without paying their "fair" value and for "a fraction of their worth." Merck Mem. 2. The proposed amicus brief explains that Merck's theory is built on the faulty premise that the price that Merck charges absent negotiation is necessarily the "fair market" price. "Fair market value" is the price determined by a willing buyer and a willing seller. Drug companies, however, set prices for brand-name prescription drugs under monopolistic conditions. In a monopoly system where a seller has an exclusive product, the sales price—absent negotiation— is not set by the "fair market value," but by the seller's effort to maximize profit. Indeed, Merck charges different amounts to different buyers and in different countries. Because Merck's Takings Clause argument claim fails to take into account the dynamics that inform pricing in the market for brand-name prescription drugs, Merck's assertion that the price negotiated under the IRA program results in an unconstitutional taking fails.

The proposed amicus brief is attached to this motion as Exhibit A.

## CONCLUSION

The Court should grant this motion for leave to file an amicus curiae brief.

September 13, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Wendy Liu
　　　　　　　　　　　　　　　　　　Wendy Liu (D.C. Bar No. 1600942)
　　　　　　　　　　　　　　　　　　Nandan M. Joshi (D.C. Bar No. 456750)
　　　　　　　　　　　　　　　　　　Allison M. Zieve (D.C. Bar No. 424786)
　　　　　　　　　　　　　　　　　　Public Citizen Litigation Group
　　　　　　　　　　　　　　　　　　1600 20th Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　(202) 588-1000

　　　　　　　　　　　　　　　　　　*Attorneys for Movants*
　　　　　　　　　　　　　　　　　　*Public Citizen, et al.*