UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, et al.,<br><br>    Defendants. | Civil Action No. 23-cv-1615-CKK |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA for Leave to File Brief of Amici Curiae in support of the Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion, and of the full record before the Court,

IT IS HEREBY ORDERED that the Motion is GRANTED.

September ___, 2023

_____
Honorable Colleen Kollar-Kotelly
United States District Judge