UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, et al.,<br><br>   Defendants. | Civil Action No. 23-cv-1615-CKK |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA (collectively, Movants), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Movants which have any outstanding securities in the hands of the public:

  None.

  These representations are made in order that judges of this Court may determine the need for recusal.

|  |  |
|---|---|
|  | *Attorneys of Record for Movants Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA* |
| September 13, 2023 | Respectfully submitted, |
|  | /s/ Wendy Liu<br>Wendy Liu (D.C. Bar No. 1600942)<br>Nandan M. Joshi (D.C. Bar No. 456750)<br>Allison M. Zieve (D.C. Bar No. 424786)<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000 |