IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, U.S. Secretary of )<br>Health & Human Services, *et al.*, )<br>)<br>Defendants. ) | Civ. No. 1:23-cv-01615-CKK |

**CONSENT MOTION OF AARP AND AARP FOUNDATION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

AARP and AARP Foundation seek leave of this Court, pursuant to District Court of the District of Columbia Local Civil Rule 7(o), to file an amici curiae brief supporting Defendants' opposition to Plaintiff's motion for summary judgment and supporting Defendants' cross-motion for summary judgment. Amici submitted the proposed brief for filing along with this Motion. Counsel for Plaintiffs and counsel for Defendants have consented to our participation as amici in this matter.

In support of this Motion, amici declare:

1. AARP is the nation's largest nonprofit, nonpartisan organization dedicated to empowering Americans 50 and older to choose how they live as they age. With a nationwide presence, AARP strengthens communities and advocates for what matters most to the more than 100 million Americans who are 50 and over and their families: health security, financial stability, and personal fulfillment. AARP's charitable affiliate, AARP Foundation, works to end senior

1

poverty by helping vulnerable older adults build economic opportunity and social connectedness.

2. Among other things, AARP and AARP Foundation advocate for access to affordable prescription drugs and health care, including through participation as amici curiae in state and federal courts. *See, e.g.*, Br. of AARP et al. as Amici Curiae in Support of Plaintiffs, *Stewart v. Azar*, 313 F.Supp.3d 237 (D.D.C. 2018) (No. 18-152) (Medicaid work requirements); Br. of AARP et al. as Amici Curiae in Support of Petitioners, *California v. Texas*, 593 U.S. _ (2021) (No. 19-840) (Affordable Care Act); Br. of AARP and AARP Foundation as Amici Curiae in Support of Respondent, *Impax Labs., Inc. v. F.T.C.*, 994 F.3d 484 (5th Cir. 2021) (No. 19-60394) (anticompetitive conduct involving prescription drugs).

3. Amici have a strong interest in the outcome of this litigation because a decision in favor of the plaintiff could stop millions of older adults from accessing affordable prescription drugs. Our memorandum would provide the Court with unique information and perspective on issues critical to the disposition of the present motions.

4. This Court has wide discretion in deciding whether to grant leave to file an amicus curiae brief. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs,* 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Amicus curiae briefs have been permitted where "the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs." *In the Matter of the Search of Information Associations with [redacted]@mac.com that is Stored at the Premises Controlled by Apple, Inc.*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (citing *Voices for Choices v. Illinois Bell Tel. Co.,* 339 F.3d 542, 545 (7th Cir. 2003)).

5.	Courts have permitted the filing of amicus briefs when "when the amicus has an interest in some other case that may be affected by the decision in the present case," or in cases where "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (internal quotes omitted).

6.	Amici are organizations that focus on the interests of older Americans. They have important interests and valuable perspectives to provide to the Court on the issues presented in this case. The ruling in this case will affect whether millions of older adults can access affordable prescription drugs. The ruling also will affect the financial sustainability of the Medicare program, which is a program that millions of older adults rely on.

7.	Because of amici's expertise, they are uniquely positioned to provide information that goes beyond the parties' briefs. Amici's brief addresses important considerations about how striking or weakening the Inflation Reduction Act's Medicare drug price negotiation provisions will substantially harm older adults, the Medicare program, and American taxpayers. The memorandum will provide pertinent information regarding the challenges that millions of older adults face because they cannot afford prescription drugs.  The memorandum highlights the reasons that the Medicare drug price negotiation program is crucial to their health and financial stability. Amici will also explain how the failure to implement the Medicare drug price negotiation program will threaten the financial sustainability of the Medicare program and deprive taxpayers of billions of dollars in savings.

8. Accordingly, amici respectfully request leave to file their brief amici to facilitate the full consideration by the Court of the legal and public policy issues presented in this case.

September 18, 2023

Respectfully submitted,

/s/Maame Gyamfi
Maame Gyamfi (D.C. Bar No. 462842)
William Alvarado Rivera (D.C. Bar No.495725)
Kelly Bagby (D.C. Bar No. 462390)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-6291
mgyamfi@aarp.org

*Counsel for AARP and AARP Foundation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XAVIER BECERRA, U.S. Secretary of ) <br> Health & Human Services, *et al.*, ) <br> ) <br> Defendants. ) | Civ. No. 1:23-cv-01615-CKK |

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of September, 2023, this Consent Motion of AARP and AARP Foundation to File an Amici Curiae Brief Supporting Defendants' Opposition To Plaintiff's Motion For Summary Judgment And Supporting Defendants' Cross-Motion For Summary Judgment, accompanying Amici Brief and Order was filed electronically on all parties of record with the Clerk of Court using the Court's CM/ECF system.

September 18, 2023

Respectfully submitted,

/s/Maame Gyamfi
Maame Gyamfi (D.C. Bar No. 462842)
William Alvarado Rivera (D.C. Bar No.495725)
Kelly Bagby (D.C. Bar No. 462390)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-6291
mgyamfi@aarp.org

*Counsel for AARP and AARP Foundation*