IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 1:23-cv-01615-CKK ) ) |
| XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

Upon consideration of the motion of AARP and AARP Foundation for leave to file an amici curiae brief supporting Defendants' opposition to Plaintiff's motion for summary judgment and supporting Defendants' cross-motion for summary judgment, and the full record before the court,

IT IS HEREBY ORDERED that the motion is GRANTED.


September __, 2023         _____
                           UNITED STATES DISTRICT JUDGE

1