IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 1:23-cv-01615-CKK |
| v. ) | |
| ) | |
| XAVIER BECERRA, U.S. Secretary of ) | |
| Health & Human Services, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for AARP and AARP Foundation, certify to the best of my knowledge and belief that the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of AARP and AARP Foundation which have any outstanding securities in the hands of the public: None.

The Internal Revenue Service has determined that AARP is organized and operated exclusively for the promotion of social welfare pursuant to Section 501(c)(4) of the Internal Revenue Code and is exempt from income tax. The Internal Revenue Service has determined that AARP Foundation is organized and operated exclusively for charitable purposes pursuant to Section 501(c)(3) of the Internal Revenue Code and is exempt from income tax. AARP and AARP Foundation are also organized and operated as nonprofit corporations under the District of Columbia Nonprofit Corporation Act.

Other legal entities related to AARP and AARP Foundation include AARP Services, Inc., and Legal Counsel for the Elderly.  Neither AARP nor AARP Foundation has a parent corporation, nor has either issued shares or securities.

September 18, 2023               Respectfully submitted,

/s/Maame Gyamfi
Maame Gyamfi (D.C. Bar No. 462842)
William Alvarado Rivera (D.C. Bar No. ###)
Kelly Bagby (D.C. Bar No. 462390)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-6291
mgyamfi@aarp.org

*Counsel for AARP and AARP Foundation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, U.S. Secretary of )<br>Health & Human Services, *et al.*, )<br>)<br>Defendants. )<br>) | Civ. No. 1:23-cv-01615-CKK |

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of September, 2023, this Certificate Required by LCVR 26.1 of the Local Rules of the United States District Court for the District of Columbia was filed electronically on all parties of record with the Clerk of Court using the Court's CM/ECF system.

September 18, 2023               Respectfully submitted,

/s/Maame Gyamfi
Maame Gyamfi (D.C. Bar No. 462842)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-6291
mgyamfi@aarp.org

*Counsel for AARP and AARP Foundation*