IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, U.S. Secretary of )<br>Health & Human Services, *et al.*, )<br>)<br>Defendants. ) | Civ. No. 1:23-cv-01615-CKK |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for amici curiae AARP and AARP Foundation.

September 18, 2023

Respectfully submitted,

/s/ Maame Gyamfi
Maame Gyamfi (D.C. Bar No. 462842)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-6291
mgyamfi@aarp.org

*Counsel for AARP and AARP Foundation*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 1:23-cv-01615-CKK |
| v. ) | |
| ) | |
| XAVIER BECERRA, U.S. Secretary of ) | |
| Health & Human Services, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of September, 2023, this Notice of Appearance was filed electronically on all parties of record with the Clerk of Court using the Court's CM/ECF system.

September 18, 2023                    Respectfully submitted,

/s/Maame Gyamfi
Maame Gyamfi (D.C. Bar No. 462842)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-6291
mgyamfi@aarp.org

*Counsel for AARP and AARP Foundation*

2