IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., | ) |
|       Plaintiff, | ) ) ) ) Civ. No. 1:23-cv-01615-CKK |
| v. | ) ) |
| XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*, | ) ) ) |
|       Defendants. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for amici curiae AARP and AARP Foundation.

September 18, 2023

Respectfully submitted,

/s/ Kelly Bagby
Kelly Bagby (D.C. Bar No. 462390)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-2103
kbagby@aarp.org

*Counsel for AARP and AARP Foundation*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 1:23-cv-01615-CKK |
| v. ) | |
| ) | |
| XAVIER BECERRA, U.S. Secretary of ) | |
| Health & Human Services, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of September, 2023, this Notice of Appearance was filed electronically on all parties of record with the Clerk of Court using the Court's CM/ECF system.

September 18, 2023

Respectfully submitted,

/s/ Kelly Bagby
Maame Gyamfi (D.C. Bar No. 462390)
AARP Foundation
601 E Street, N.W.
Washington, DC 20049
(202) 434-2103
kbagby@aarp.org

*Counsel for AARP and AARP Foundation*

2