AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Merck & Co., Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01615 |
| Becerra, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Public Health Association, American College of Physicians, Society of General Internal Medicine, and American Geriatrics Society

Date: 09/18/2023

/s/ Ananda V. Burra
*Attorney's signature*

Ananda Venkata Burra, 888314469
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, DC
*Address*

aburra@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

*FAX number*