IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, et al.,<br><br>*Defendants*. | Civil Action No. 1:23-1615-CKK |

**[PROPOSED] ORDER GRANTING LEAVE TO THE AMERICAN PUBLIC HEALTH ASSOCIATION, THE AMERICAN COLLEGE OF PHYSICIANS, THE SOCIETY OF GENERAL INTERNAL MEDICINE, AND THE AMERICAN GERIATRICS SOCIETY TO FILE BRIEF AS *AMICI CURIAE***

Having considered the unopposed motion of the American Public Health Association, the American College of Physicians, the Society of General Internal Medicine, and the American Geriatrics Society for leave to file a brief as *amici curiae* in support of Defendants' motion for summary judgment and in opposition to Plaintiff's motion for summary judgment, the Court hereby **GRANTS** the motion and directs the Clerk of the Court to file the brief submitted simultaneously with the Motion.

DATED: _____    _____
HONORABLE COLLEEN KOLLAR-KOTELLY
SENIOR UNITED STATES DISTRICT JUDGE