IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, et al.,<br><br>    *Defendants*. | Case No. 1:23-1615 (CKK) |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the American Public Health Association, the American College of Physicians, the Society of General Internal Medicine, and the American Geriatrics Society (collectively, Movants), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Movants which have any outstanding securities in the hands of the public: <u>None</u>

These representations are made in order that judges of this Court may determine the need for recusal.

*Attorney of Record for the American Public Health Association, the American College of Physicians, the Society of General Internal Medicine, and the American Geriatrics Society*

*/s/ Ananda V. Burra*
Ananda V. Burra, D.C. Bar #888314469
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
aburra@democracyforward.org