AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Merck & Co., Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01615 |
| Xavier Becerra, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Economists and Scholars of Health Policy as Amici Curiae.

Date: 09/18/2023

/s/ Deepak Gupta
*Attorney's signature*

Deepak Gupta, DC Bar No. 495451
*Printed name and bar number*

Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
*Address*

deepak@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

*FAX number*