IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br>   *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, U.S. SECRETARY OF HEALTH & HUMAN SERVICES; CHIQUITA BROOKS-LASURE, ADMINISTRATOR OF CENTERS FOR MEDICARE & MEDICAID SERVICES; AND CENTERS FOR MEDICARE & MEDICAID SERVICES,<br>   *Defendants*. | Case No. 1:23-cv-01615 |

**UNOPPOSED MOTION BY ECONOMISTS AND SCHOLARS OF HEALTH POLICY TO FILE ATTACHED AMICUS BRIEF IN SUPPORT OF DEFENDANTS**

  Amici curiae economists and scholars of health policy respectfully move the Court for leave to file the attached brief in support of the defendants in this case. All parties consent to this request. Amici are the following economists and health policy scholars, each of whom focuses their work on healthcare markets and pharmaceutical drug pricing.

  **Richard G. Frank**
  Margaret T. Morris Professor of Health Economics Emeritus,
  Harvard Medical School;
  Leonard D. Schaeffer Chair in Economic Studies,
  The Brookings Institution

  **Fiona M. Scott Morton**
  Theodore Nierenberg Professor of Economics,
  Yale School of Management

  **Aaron S. Kesselheim**
  Professor of Medicine,
  Brigham and Women's Hospital/Harvard Medical School

  **Gerard F. Anderson**
  Professor of Health Policy & Management,
  Johns Hopkins University Bloomberg School Public Health;

Professor of Medicine,
Johns Hopkins University School of Medicine

**Rena Conti**
Associated Professor,
Questrom Business School, Boston University

**David M. Cutler**
Otto Eckstein Professor of Applied Economics
Harvard University

**Jack Hoadley**
Research Professor Emeritus,
Health Policy Institute, McCourt School of Public Policy, Georgetown University

Because *amici* are economists and scholars of health policy, not lawyers, they do not directly address the parties' competing constitutional arguments about the drug-pricing provisions of the Inflation Reduction Act. They do, however, seek to provide the Court with background necessary to understand the context in which the parties' constitutional arguments arise—context concerning the economics of the Medicare market; the relationship between intellectual property rights, drug prices, and innovation; and the Inflation Reduction Act's role in correcting for market failure and restoring bargaining equity.

As noted, counsel for amici economists and scholars contacted counsel of record for both the plaintiff and all defendants to obtain their consent to the filing of the attached amicus brief. As of the filing of this motion, all parties have consented.

September 18, 2023

Respectfully submitted,

DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed this foregoing through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta