## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., *Plaintiff*, v. XAVIER BECERRA, U.S. SECRETARY OF HEALTH & HUMAN SERVICES; CHIQUITA BROOKS-LASURE, ADMINISTRATOR OF CENTERS FOR MEDICARE & MEDICAID SERVICES; AND CENTERS FOR MEDICARE & MEDICAID SERVICES, *Defendants*. | Case No. 1:23-cv-01615 |

## [PROPOSED] ORDER

Upon consideration of the Motion by Economists and Scholars of Healthy Policy for Leave to File Amicus Brief of Curiae in support of the Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion, and of the full record before the Court,

IT IS HEREBY ORDERED that the Motion is GRANTED.

September __, 2023

_____
Honorable Colleen Kollar-Kotelly
United States District Judge