AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Merck & Co, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-1615-CKK |
| Xavier Becerra, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nationally Recognized Healthcare and Medicare Experts   .

Date:   09/18/2023

/s/ Margaret M. Dotzel
*Attorney's signature*

Margaret M. Dotzel (425431)
*Printed name and bar number*
1800 M Street NW, Ste. 1000
Washington, D.C. 20036

*Address*

mdotzel@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*