UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Merck & Co., Inc.,

    *Plaintiff*,

—v—

XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*,

    *Defendants*.

**Case No. 1:23-cv-1615-CKK**

**Judge Colleen Kollar-Kotelly**

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to D.D.C. Civ. R. 83.2(c), counsel for proposed *Amici Curiae*, nationally recognized healthcare and Medicare experts, hereby move the Court to admit Alyssa M. Howard *pro hac vice* to appear and participate as counsel in this case for *Amici*. This motion is supported by the attached Declaration of Alyssa M. Howard and Certificate of Good Standing. As set forth in Ms. Howard's Declaration, she is admitted and an active member in good standing of the following courts and bars: the District of Columbia Bar, the Fourth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, and the District of Maryland. Ms. Howard's application for admission to the Bar of this Court is currently pending. This motion is supported and signed by William B. Schultz, an active and sponsoring member of the Bar of this Court.

Dated: September 18, 2023

Respectfully submitted,

/s/ William B. Schultz
William B. Schultz
Zuckerman Spaeder LLP
1800 M Street NW, Ste. 1000
Washington, D.C. 20036
(202) 778-1800
wschultz@zuckerman.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Merck & Co., Inc., *Plaintiff*, –v– XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*, *Defendants*. | Case No. 1:23-cv-1615-CKK **Judge Colleen Kollar-Kotelly** |

DECLARATION OF ALYSSA M. HOWARD
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alyssa M. Howard, hereby declare:

1. My name, office address, and telephone number are as follows:

   Alyssa M. Howard
   Zuckerman Spaeder LLP
   1800 M Street NW, Ste. 1000
   Washington, D.C. 20036
   Tel: (202) 778-1800

2. I have been admitted to the following courts and bars:

   Illinois Bar (Feb. 3, 2020) (No. 6332827) (inactive)
   District of Columbia Bar (Dec. 8, 2020) (No. 1708226)
   District of Maryland
   Fourth Circuit Court of Appeals
   Fifth Circuit Court of Appeals

3. I have not been disciplined by any Bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I engage in the practice of law from an office located in the District of Columbia, am a member of the District of Columbia Bar, and my application for membership in this Court's Bar is pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, District of Columbia this 18th day of September, 2023.

Dated: September 18, 2023                Respectfully submitted,

*/s/ Alyssa M. Howard*

Alyssa M. Howard
Zuckerman Spaeder LLP
1800 M Street NW, Ste. 1000
Washington, D.C. 20036
(202) 778-1800
ahoward@zuckerman.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Alyssa Marie Howard

was duly qualified and admitted on December 8, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on September 18, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Merck & Co., Inc.,<br><br>    *Plaintiff*,<br><br>–v–<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services, *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-1615-CKK<br><br>Judge Colleen Kollar-Kotelly |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ALYSSA M. HOWARD *PRO HAC VICE***

The Court has reviewed *Amici*'s motion for admission of attorney Alyssa M. Howard *pro hac vice*. Upon consideration of that motion, the Court grants attorney Alyssa M. Howard *pro hac vice* admission to this Court.

_____

**Judge Colleen Kollar-Kotelly**
UNITED STATES DISTRICT JUDGE