IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services; *et al.*,<br><br>　　　　　Defendants. | Civ. No. 1:23-1615 (CKK) |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS BY SENS. AMY KLOBUCHAR, PETER WELCH, TAMMY BALDWIN, RICHARD BLUMENTHAL, SHERROD BROWN, CATHERINE CORTEZ MASTO, RICHARD J. DURBIN, JOHN FETTERMAN, JOHN HICKENLOOPER, JACKY ROSEN, JEANNE SHAHEEN, DEBBIE STABENOW, CHRIS VAN HOLLEN, AND ELIZABETH WARREN**

Elizabeth J. Cabraser
ecabraser@lchb.com
Eric B. Fastiff (D.C. Bar No. 453854)
efastiff@lchb.com
Dean M. Harvey
dharvey@lchb.com
Ian R. Bensberg
ibensberg@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel.:  (415) 956-1000
Fax:  (415) 956-1008

*Attorneys for Amici Curiae*

**MOTION**

*Amici curiae* move the Court under Local Civil Rule 7(o)(1) for leave to file the attached proposed *amicus* brief in support of Defendants' motion for summary judgment and in opposition to Plaintiff's motion for summary judgment.

All parties have consented to the filing of the attached proposed *amicus* brief.

**STATEMENT OF POINTS AND AUTHORITIES**

The Court has "broad discretion" to permit the filing of amicus briefs. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "Amicus participation is normally appropriate when ... the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Hard Drive Prods., Inc. v. Does 1–1,495*, 892 F. Supp. 2d 334, 337 (D.D.C. 2012). "The filing of an *amicus* brief should be permitted if it will assist the judge by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs." *Northern Mariana Islands v. United States*, No. 08-1572, 2009 WL 596986, *1 (D.D.C. 2009). As explained below, these standards are satisfied here.

**I.      Identity of *Amici***

Senator **Amy Klobuchar** has represented the State of Minnesota in the United States Senate since 2007. She is Chairwoman of the Senate Rules Committee and Democratic Steering Committee. She serves on the Judiciary Committee (where she is Chairwoman of the Subcommittee on Competition Policy, Antitrust, and Consumer Rights), the Commerce, Science, and Transportation Committee, the Agriculture, Nutrition, and Forestry Committee, and the Joint Economic Committee. Sen. Klobuchar has been a leading advocate for reducing the cost of prescription drugs. For years until the passage of a Medicare drug price negotiation program,

Sen. Klobuchar sponsored a bill in the U.S. Senate to lift the ban on Medicare negotiating the price of prescription drugs.

Senator **Peter Welch** has represented the State of Vermont in the United States Senate since 2023. He serves on the Judiciary Committee; the Commerce, Science, and Transportation Committee; the Joint Economic Committee, and the Agriculture, Nutrition, and Forestry Committee, where he chairs the Subcommittee on Rural Development and Energy. Prior to serving as Vermont's junior Senator, he represented the Green Mountain State in the House of Representatives for eight terms. Senator Welch has been a longtime champion of policies to hold pharmaceutical companies accountable for skyrocketing drug costs and price-gouging, and he has worked across the aisle to lower the cost of health care for seniors, families, and patients.

Senator **Tammy Baldwin** has represented the State of Wisconsin in the United States Senate since 2013 and represented the 2nd Congressional District of Wisconsin in the House of Representatives from 1999 to 2012. She currently serves on the Senate Committee on Health, Education, Labor and Pensions (HELP), the Senate Committee on Commerce, Science and Transportation, and the Senate Appropriations Committee. Senator Baldwin has long championed efforts to provide quality health care for all Americans, including through policies to hold drug companies accountable and reduce out-of-pocket costs for families and taxpayers.

Senator **Richard Blumenthal** has represented the State of Connecticut in the United States Senate since 2011. He currently serves as a member of the Committee on the Judiciary, Committee on Homeland Security and Governmental Affairs, Committee on Armed Services, Committee on Veterans' Affairs, and Special Committee on Aging. Prior to becoming a United States Senator, he served an unprecedented five terms as Connecticut's Attorney General,

fighting for the people against large and powerful special interests. Senator Blumenthal has long been a champion for consumer rights and a staunch advocate for affordable health care.

Senator **Sherrod Brown** has represented the State of Ohio in the United States Senate since 2007. He serves as the Chair of the Senate Banking, Housing and Urban Affairs Committee and is a member of the Senate Finance, Agriculture, and Veterans' Affairs Committees. For decades, Brown has led efforts to allow Medicare to negotiate directly with pharmaceutical companies and take on Big Pharma to lower health care and prescription drug costs for Ohioans.

Senator **Catherine Cortez Masto** has represented the State of Nevada in the United States Senate since 2017. She currently serves on the Committee on Finance, the Committee on Banking, Housing, and Urban Affairs, the Committee on Energy and Natural Resources, and the Committee on Indian Affairs. Sen. Cortez Masto currently serves as the chair of the Energy and Natural Resources Committee's Public Lands, Forests, and Mining Subcommittee. Prior to serving in the Senate, she served two terms as Attorney General of Nevada. Sen. Cortez Masto has fought to lower drug costs for Nevada seniors, working hard to pass the Medicare drug price negotiation program, allowing Medicare to get the best deal for seniors.

Senator **Richard J. Durbin** has represented the State of Illinois in the United States Senate since 1997. He is the Senate Majority Whip and Chair of the Senate Judiciary Committee. He also serves on the Senate Committee on Agriculture, Nutrition, and Forestry and the Senate Committee on Appropriations. Sen. Durbin has been a leading advocate for lowering the cost of prescription drugs borne by patients and lowering overall Medicare spending. Senator Durbin previously has introduced legislation to recoup certain amounts of reimbursements to manufacturers for excess medication in single-use vials that is discarded, create a public Part D

plan option, and empower patients by enhancing transparency in advertisements about the cost of prescription drugs covered by Medicare.

Senator **John Fetterman** has represented the State of Pennsylvania in the United States Senate since 2023. He serves on the Committee on Banking, Housing, and Urban Affairs; the Agriculture, Nutrition, and Forestry Committee, where he chairs the Subcommittee on Food and Nutrition; the Environment and Public Works Committee; the Joint Economic Committee; and the Committee on Aging. Prior to serving as Pennsylvania's junior Senator, he served as Pennsylvania's Lieutenant Governor and as Mayor of Braddock. Senator Fetterman believes that every Pennsylvanian must have affordable access to the medicines they need to maintain and restore their health.

Senator **John Hickenlooper** has represented the State of Colorado in the United States Senate since 2021. Sen. Hickenlooper took an unconventional path to public office. After starting out as a geologist, John took a chance by opening the first brewpub in Colorado. As a small business owner, he gained a deep understanding of the local community and the value of collaboration. John entered public service because he knew he could listen to the diverse array of Colorado voices and get things done. As Colorado's U.S. Senator, John is committed to bringing people together to solve our country's toughest problems. Senator Hickenlooper is focused on bringing costs down for patients and lowering prescription drug prices as part of his work on the HELP Committee.

Senator **Jacky Rosen** has represented the State of Nevada in the United States Senate since 2019. She serves in the Senate Armed Services Committee; the Homeland Security and Governmental Affairs Committee; the Commerce, Science, and Transportation Committee; and the Small Businesses Committee. Sen. Rosen has been a champion for lowering prescription

drug prices for Nevada's seniors, including through legislation to allow Medicare to negotiate the costs of prescription drugs. Throughout her time in the Senate, she has also introduced bipartisan legislation to lower drug prices by advancing medicine produced by nonprofit companies.

Senator **Jeanne Shaheen** has represented the State of New Hampshire in the United States Senate since 2009. She serves on the Senate Appropriations Committee; Armed Services Committee; Foreign Relations Committee; and the Small Business and Entrepreneurship Committee. Prior to her time in the Senate, Senator Shaheen served as Governor of New Hampshire from 1997 to 2003, as well as two terms in the New Hampshire State Senate. Senator Shaheen is a tireless champion for access to pharmaceuticals, including spearheading legislation to comprehensively lower the cost of insulin and supporting several pieces of legislation to address the skyrocketing costs of prescription drugs.

Senator **Debbie Stabenow** has represented the State of Michigan in the United States Senate since 2001.

Senator **Chris Van Hollen** has represented the State of Maryland in the United States Senate since 2017 and represented the 8th Congressional District of Maryland in the House of Representatives from 2003 to 2016. He currently serves on the Senate Budget Committee and Senate Appropriations Committee, and in the House of Representatives he was Ranking Member of the House Budget Committee and served on the House Committee on Ways and Means. Senator Van Hollen has supported a number of bills to allow Medicare price negotiation and has introduced legislation to address the high cost of prescription drugs developed using taxpayer-funded medical research and clinical trials.

Senator **Elizabeth Warren** has represented the State of Massachusetts in the United States Senate since 2013. She currently serves on the Committee on Finance, the Committee on

Banking, Housing, and Urban Affairs, the Committee on Armed Services, and the Special Committee on Aging. Senator Warren has consistently defended Medicare's constitutional right to negotiate prescription drug prices with pharmaceutical companies, who have engaged in a litany of anti-competitive tactics to stifle competition and keep prescription drug costs sky-high.

**II.      Interest of *Amici***

*Amici curiae* are United States Senators who have spearheaded legislative efforts to reduce drug prices. *Amici* have a unique interest in the constitutionality of laws enacted by Congress to permit Medicare price negotiations, and *amici* have relied on Congress's right under the Constitution to carefully review current laws and make improvements in order to bring down drug prices in federal programs.

**III.     Contribution of *Amici***

The attached proposed *amicus* brief provides relevant history of Medicare's prescription drug benefit, and a summary of how Congress carefully considered the competing interests at stake and struck an appropriate legislative balance. As members of the United States Senate who worked and voted on the legislation at issue in this case, *amici* are uniquely positioned to comment on its enactment. The proposed *amicus* brief also explains how Plaintiff misrepresents the challenged legislation, as well as the unsustainable status quo it reformed.

## CONCLUSION

The Court should grant the motion of *amici curiae* and grant them leave to file the attached *amicus* brief.

Dated: September 19, 2023

*/s/ Eric B. Fastiff*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Elizabeth J. Cabraser
ecabraser@lchb.com
Eric B. Fastiff (D.C. Bar No. 453854)
efastiff@lchb.com
Dean M. Harvey
dharvey@lchb.com
Ian R. Bensberg
ibensberg@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000
Fax: (415) 956-1008

*Attorneys for Amici Curiae*

2849581.3