**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MERCK & CO., INC.,<br><br>        Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, U.S. Secretary of Health & Human Services; *et al.*,<br><br>        Defendants. | Civ. No. 1:23-1615 (CKK) |

**[PROPOSED] ORDER**

Having considered the Motion for Leave to File Brief of *Amici Curiae* in Support of Defendants by Sens. Amy Klobuchar, Peter Welch, Tammy Baldwin, Richard Blumenthal, Sherrod Brown, Catherine Cortez Masto, Richard J. Durbin, John Fetterman, John Hickenlooper, Jacky Rosen, Jeanne Shaheen, Debbie Stabenow, Chris Van Hollen, and Elizabeth Warren, and the full record before the Court,

It is hereby ORDERED that the motion is GRANTED.

Dated: _____  _____

                                                                                                    HON. COLLEEN KOLLAR-KOTELLY
                                                                                                    UNITED STATES DISTRICT JUDGE