AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Merck & Co., Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-1615-CKK |
| Xavier Becerra, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA.

Date:  09/19/2023

/s/ Nandan M. Joshi
*Attorney's signature*

Nandan M. Joshi (#456750)
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

*Address*

njoshi@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

(202) 588-7795
*FAX number*