UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC.<br>MERCK SHARP & DOHME LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, U.S. Secretary of<br>Health & Human Services; *et al.*,<br><br>　　　　　Defendants. | Civ. No. 1:23-1615 (CKK) |

### **[PROPOSED] ORDER**

　　Upon consideration of Defendants' Cross-Motion for Summary Judgment, the briefing in support of and in opposition to that Motion, and the entire record in this case, the Court concludes that Defendants are not entitled to judgment as a matter of law.  Accordingly, it is hereby ORDERED that Defendants' Cross-Motion for Summary Judgment is denied.

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　HONORABLE COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE