UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., and<br>MERCK SHARP & DOHME LLC,<br><br>    Plaintiffs,<br> v.<br><br>XAVIER BECERRA, U.S. Secretary of Health &<br>Human Services, *et al.*<br><br>    Defendants. | Civ. No. 1:23-01615 (CKK) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO GOVERN FURTHER PROCEEDINGS

Good cause appearing, the Court hereby ORDERS:

1. Plaintiff Merck Sharp & Dohme LLC (MSD) is permitted to join the motion for summary judgment filed by Plaintiff Merck & Co., Inc. (Merck).

2. Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion is treated as directed to both Merck and MSD.

3. Defendants shall file a reply in support of their cross-motion by November 21, 2023, consistent with this Court's June 28, 2023 scheduling order.

4. Defendants need not file an Answer to the Amended Complaint.

**SO ORDERED.**

                   _____

                   HONORABLE COLLEEN KOLLAR-KOTELLY
                   UNITED STATES DISTRICT JUDGE