AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| MERCK & CO., INC., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-01615 |
| XAVIER BECERRA, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Economists and Scholars of Health Policy Comanor, Frech and Pauly as Amici Curiae  .

Date:  10/30/2023

/s/ Donald I. Baker
*Attorney's signature*

DONALD I. BAKER DC Bar # 944124
*Printed name and bar number*

Baker & Miller PLLC
2401 Pennsylvania Ave, Suite 300
Washington, DC 20037

*Address*

dbaker@bakerandmiller.com
*E-mail address*

(202) 431-3330
*Telephone number*

(202) 663-7849
*FAX number*