IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | ) |
| XAVIER BECERRA, U.S. SECRETARY OF HEALTH & HUMAN SERVICES; CHIQUITA BROOKS-LASURE, ADMINISTRATOR OF CENTERS FOR MEDICARE & MEDICAID SERVICES; AND CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) CASE NO. 1:23-CV-01615 |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**UNOPPOSED MOTION BY ECONOMISTS AND SCHOLARS OF HEALTH POLICY FOR LEAVE TO FILE ATTACHED AMICUS BRIEF IN SUPPORT OF NEITHER PARTY**

Amici curiae economists and scholars of health policy respectfully move the Court for leave to file the attached brief in support of neither party in this case. Granting the motion would "not unduly delay the court's ability to rule on any pending matter." Rule LCvR (o)(2).

Amici are the following economists and health policy scholars, each of whom focuses his work on healthcare markets and pharmaceutical drug pricing.

William S. Comanor

Distinguished Research Professor, Fielding School of Public Health, UCLA

Professor of Economics, emeritus, UCSB

Formerly, Chief Economist, US Federal Trade Commission

H.E. Frech, III

Professor of Economics

Professor of Technology Management

University of California, Santa Barbara

Mark V. Pauly

Professor of Health Care Management, emeritus

Professor of Economics, emeritus

Formerly, Director of the Leonard Davis Institute of Health Economics

University of Pennsylvania

Because *amici* are economists and scholars of health policy, not lawyers, they do not directly address the parties' competing constitutional arguments about the drug-pricing provisions of the Inflation Reduction Act. They do, however, seek to provide the Court with background necessary to understand the context in which the parties' constitutional arguments arise—context concerning the economics of the Medicare market; the relationship between intellectual property rights, drug prices, and innovation in the markets for branded pharmaceutical products.

As noted, counsel for amici economists and scholars contacted counsel of record for both plaintiffs and all defendants to obtain their consent to the filing of the attached amicus brief. As of the filing of this motion, no party has objected.

October 30, 2023                                                  Respectfully submitted,

*/s/ Donald I. Baker*
DONALD I. BAKER DC Bar # 944124
Baker & Miller PLLC
2401 Pennsylvania Ave, Suite 300
Washington, DC 20037
(202) 431-3330
dbaker@bakerandmiller.com

*Counsel for Amici Curiae*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, I filed this forgoing motion through the Court's CM/ECF system. I understand notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Donald I. Baker*
Donald I. Baker