IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., ) <br> ) <br> PLAINTIFF, ) <br> ) <br> V. ) <br> ) <br> XAVIER BECERRA, U.S. ) <br> SECRETARY OF HEALTH & HUMAN ) <br> SERVICES; CHIQUITA BROOKS- ) <br> LASURE, ADMINISTRATOR OF ) <br> CENTERS FOR MEDICARE & ) <br> MEDICAID SERVICES; AND ) <br> CENTERS FOR MEDICARE AND ) <br> MEDICAID SERVICES, ) <br> ) <br> DEFENDANTS. ) <br> ) | CASE NO. 1:23-CV-01615 |

**[PROPOSED] ORDER GRANTING LEAVE TO ECONOMISTS AND HEALTH POLICY SCHOLARS WILLIAM S. COMANOR, H.E. FRECH, III AND MARK V. PAULY TO FILE BRIEF AS *AMICI CURIAE***

Having considered the unopposed motion of economists and health policy scholars William S. Comanor, H.E. Frech, III and Mark V. Pauly for leave to file a brief as *amici curiae* in support of neither party, the Court hereby **GRANTS** the motion and directs the Clerk of the Court to file the brief submitted simultaneously with the Motion.

_____     _____
DATED                                          HONORABLE COLLEEN KOLLAR-KOTELLY
                                                      SENIOR UNITED STATES DISTRICT JUDGE