## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC. and MERCK SHARP & DOHME LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>   Defendants. | Civil Action No. 1:23-cv-01615-CKK |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' motion for an extension of time and for leave to file excess pages, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file a summary-judgment reply brief, not to exceed 45 pages, on or before November 29, 2023.

**SO ORDERED**.


DATE: November ___, 2023

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE