AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Merck & Co., Inc. and Merck Sharp & Dohme LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:23-cv-01615-CCK |
| Becerra, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merck & Co., Inc.; Merck Sharp & Dohme LLC                           .

Date:   11/09/2023                                     /s/ John Henry Thompson
*Attorney's signature*

John Henry Thompson (Bar. No. 90013831)
*Printed name and bar number*

Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

*Address*

jhthompson@jonesday.com
*E-mail address*

(202) 879-3657
*Telephone number*

(202) 626-1700
*FAX number*