AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Merck & Co., Inc. and Merck Sharp & Dohme LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01615-CCK |
| Becerra, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Merck & Co., Inc.; Merck Sharp & Dohme LLC   .

Date:   07/18/2024

/s/ Louis Joseph Capozzi III
*Attorney's signature*

Louis Joseoph Capozzi III (Bar No. 90018764)
*Printed name and bar number*

Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Address*

lcapozzi@jonesday.com
*E-mail address*

(717) 802-2077
*Telephone number*

(202) 626-1700
*FAX number*