**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MERCK & CO., INC., *et al.*,

        *Plaintiffs*,

    v.

XAVIER BECERRA, *et al.*,

        *Defendants*.

Case No. 1:23-cv-1615

## <u>NOTICE OF WITHDRAWAL</u>

Pursuant to Local Civil Rule 83.6(b), the undersigned, Benjamin Seel, respectfully notices the withdrawal of his appearance as counsel to amici American Public Health Association, the American College of Physicians, the Society of General Internal Medicine, and the American Geriatrics Society in the above-captioned matter. Plaintiffs will continue to be represented by other counsel of record.

Dated: February 23, 2025

Respectfully submitted,

*/s/ Benjamin Seel*
Benjamin Seel (D.C. Bar No. 1035286)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
bseel@democracyforward.org

*Counsel for* Amici Curiae