UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 1:23-cv-1615-CKK |

**MOTION TO WITHDRAW**

    Defendants respectfully move to withdraw Christine L. Coogle of the U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants in this case. Ms. Coogle is leaving the Department of Justice on March 14, 2025. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket. Defendants have been notified of the withdrawal prior to the filing of this motion.

DATE: March 14, 2025                               Respectfully submitted,

                                                            ERIC J. HAMILTON
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Christine L. Coogle*
Christine L. Coogle (D.C. Bar No. 1738913)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*